UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOSHAMBE THOLMER,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 25-cv-05382-AGT

**JUDGMENT**

Pursuant to the Court's order resolving the claim for review under 42 U.S.C. § 405(g), the Commissioner's final decision is affirmed. *See* Dkt. 20. This constitutes a final judgment and closes the case.

**IT IS SO ORDERED.**

Dated: August 19, 2026

Alex G. Tse
United States Magistrate Judge